NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

JEFFERY DUCHANE, JR., *Petitioner*.

No. 1 CA-CR 13-0554 PRPC
FILED 3-12-2015

Petition for Review from the Superior Court in Maricopa County
No. CR2007-172924-001
The Honorable Warren J. Granville, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Lisa Marie Martin
*Counsel for Respondent*

Jeffery Duchane, Jr., Florence
*Petitioner*

**MEMORANDUM DECISION**

Judge Maurice Portley delivered the decision of the Court, in which Presiding Judge Andrew W. Gould and Judge Jon W. Thompson joined.

**P O R T L E Y,** Judge:

¶1 Jeffery Duchane, Jr., filed a petition asking this court to review the dismissal of his petition for post-conviction relief. We have considered the petition for review and, for the reasons stated, grant review and deny relief.

¶2 Duchane pled guilty to child abuse and first degree murder. The trial court sentenced him to seven years' imprisonment for child abuse, to be followed by imprisonment for natural life for murder. Duchane filed a pro se petition for post-conviction relief after his counsel found no colorable claims for relief. The trial court summarily dismissed the petition and Duchane now seeks review. We have jurisdiction pursuant to Arizona Rule of Criminal Procedure 32.9(c).

¶3 The petition for review presents one issue that was raised in his petition for post-conviction relief. Duchane argues the trial court breached the plea agreement when he was convicted and sentenced for both child abuse and first degree murder. Duchane claims he pled guilty only to first degree murder and did not plead guilty to child abuse.

¶4 The plea agreement that Duchane signed and is part of the record maintained by the Clerk of the Court of the Superior Court in and for Maricopa County, stated that he agreed to plead guilty to both child abuse (count 11, as amended to be a class 3 felony and dangerous crime against children and a domestic violence offense) and first degree murder (count 13, a class 1 felony and dangerous crime against children and a domestic violence offense). Then, at the change of plea hearing, the transcript reflects that Duchane acknowledged to the trial court that the plea agreement provided he would plead guilty to both child abuse and murder.[1] After being advised of the range of sentence and his constitutional rights, Duchane pled guilty to both child abuse and first degree murder. The trial court accepted his plea and subsequently sentenced Duchane to prison for both child abuse and first degree murder. Therefore, the court did not breach the plea agreement by convicting Duchane of child abuse as well as first degree murder after his plea and related colloquy.

---

[1] Duchane also agreed with the court that the pages of the plea agreement were numbered incorrectly.

**¶5**      Duchane's petition for review also raises issues that he did not include in his petition for post-conviction relief that was filed with the trial court. A petition for review may not present issues not first presented to the trial court. *State v. Ramirez*, 126 Ariz. 464, 467, 616 P.2d 924, 927 (App. 1980); *State v. Wagstaff*, 161 Ariz. 66, 71, 775 P.2d 1130, 1135 (App. 1988); *State v. Bortz*, 169 Ariz. 575, 577, 821 P.2d 236, 238 (App. 1991); Ariz. R. Crim. P. 32.9(c)(1)(ii). Accordingly, we will not address those issues.

**¶6**      We grant review and deny relief.



Ruth A. Willingham · Clerk of the Court
F I L E D : ama